**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **MOHAMMAD SABER AKBAR-ZADA** | **CIVIL ACTION NO. 26-890 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **KEITH DEVILLE ET AL** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 10), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is GRANTED and the Respondents are ORDERED to release Petitioner under appropriate conditions of supervision, with his personal property, within seven days.

THUS ORDERED AND SIGNED in Chambers this 23rd day of September, 2026.

Jerry Edwards, Jr.

**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**